UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SAMUEL DAVID ROYCE,

    Petitioner,

v.                                           Case No.  4:25-cv-358-TKW-MJF

WALT MCNEIL,

    Respondent.
                                              /

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 21).  No objections were filed.[1]

Upon due consideration of the Report and Recommendation (R&R) and the entire case file, the Court agrees with the magistrate judge's determination that Petitioner's §2241 habeas petition should be dismissed under *Younger v. Harris*, 401 U.S. 37 (1941), insofar as it challenges the grounds for his confinement and as seeking an improper remedy insofar as it challenges the conditions of his confinement.  Accordingly, it is

---

[1] Petitioner did file two documents after the R&R was entered—a 30-page document titled "Chronicles of Rock" (Doc. 22) and a 64-page document titled "Nihil ex aliquo" (Doc. 23)—but those documents are largely incomprehensible.  Indeed, even if those documents could be viewed as objections to the R&R, they do not present a colorable argument as to why the disposition recommended by the magistrate judge is not correct.

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED without prejudice.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 9th day of January, 2026.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**